IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| KATHY M. CROSSLAND, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CIV-07-266-RAW |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 19, 2009, Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 7th day of April, 2009.

**Dated this 7th Day of April 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0